**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CASE NOS. 1:16-CR-344-TDS-1 & 1:16-CR-00392-TDS-1**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>FLETCHER LEE HARTSELL, JR.<br><br>Defendant. | **DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

COMES NOW Defendant, Fletcher Lee Hartsell, Jr. ("Mr. Hartsell"), through counsel and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e)(1), and hereby respectfully moves to terminate Mr. Hartsell's Supervised Release Term (the "Motion"). This Motion is based on the grounds that (1) Mr. Hartsell has fully complied with all the terms of his incarceration and subsequent Supervised Release Term and demonstrated exceptionally good behavior; (2) Mr. Hartsell has successfully traveled throughout the entire state of North Carolina, without prior permission, with no issue of inappropriate travel prior to or after his plea of guilty; (3) Mr. Hartsell has been, and continues to be, an active, productive member of society; and (4) Hartsell has served at least one year of his Supervised Release Term and such term should now be discharged. In support of this Motion, Mr. Hartsell states the following:

1. Mr. Hartsell pled guilty to one count of mail fraud and two counts of filing false tax returns and was sentenced to a term of eight months imprisonment and three years of supervised release.

2. Mr. Hartsell served his eight month incarceration, was released from prison and began his three-year period of supervised release on or about March 9, 2018.

3. Mr. Hartsell has served at least one (1) year of the Supervised Release Term, and, according to the undersigned's calculation, Mr. Hartsell was eligible for early release from his Supervised Release Term as of March 9, 2019.

4. Mr. Hartsell believes termination and discharge of his Supervised Release Term is warranted pursuant to Title 18 U.S.C. Section 3583(e), which states in pertinent part:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> (1) terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Civil Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant release and in the interest of justice.

5. The undersigned has corresponded with Mr. Hartsell's United States Probation Officer, Nick Bullock, and also with Assistant United States Attorney, Joanna McFadden, who have indicated that they do not oppose this Motion.

**WHEREFORE,** Defendant Fletcher Lee Hartsell, Jr. respectfully moves this Court, pursuant to Title 18, United States Code, Section 3583(e)(1), for the immediate termination of his Supervised Release Term.

This 24th day of July 2019.

/s/ Richard S. Glaser
Richard S. Glaser
N.C. State Bar No. 13998

PARKER POE ADAMS & BERNSTEIN LLP
Three Wells Fargo Center
401 South Tryon Street
Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
rickglaser@parkerpoe.com

*Attorney for Mr. Hartsell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Defendant's Unopposed Motion for Early Termination of Supervised Release** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification and serve same upon all counsel of record via the Court's electronic case filing system.

This the 24th day of July, 2019.


/s/ Richard S. Glaser
Richard S. Glaser
N.C. State Bar No. 13998

PARKER POE ADAMS & BERNSTEIN LLP
Three Wells Fargo Center
401 South Tryon Street
Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
rickglaser@parkerpoe.com

*Attorney for Mr. Hartsell*